UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MONICA T. HANNAH, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:20-CV-19-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 28]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 22], DENIES defendant's motion for judgment on the pleadings [D.E. 24], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on December 14, 2020, and Copies To:**
Derrick Kyle Arrowood                                      (via CM/ECF electronic notification)
Lisa M. Rayo                                                     (via CM/ECF electronic notification)

DATE:                                              PETER A. MOORE, JR., CLERK
December 14, 2020                     (By) /s/ Nicole Sellers
                                                        Deputy Clerk