UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MONICA T. HANNAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:20-CV-19-D** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Derrick Kyle Arrowood, the sum of $11,914.50, sent to his office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $6,300.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on May 31, 2022, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF electronic notification)
Lisa M. Rayo (via CM/ECF electronic notification)
Cassia W. Parson (via CM/ECF electronic notification)

DATE:  PETER A. MOORE, JR., CLERK
May 31, 2022  (By) /s/ Nicole Sellers
  Deputy Clerk